53 F.3d 961w
 1995 A.M.C. 1755
 GALT G/S, Plaintiff,
v.
HAPAG-LLOYD AG; Can Transport Inc.; Crystal Ice & Cold
Storage Co.; D & D Services,
Defendants-third-party-plaintiffs-Appellees,
v.
SAFEWAY STORES, INC., Third-party-defendant-Appellant.
GALT G/S, Plaintiff,
v.
HAPAG-LLOYD AG; Can Transport Inc.; Crystal Ice & Cold
Storage Co.; D & D Services; Europe-North
America Services, Defendants-Appellants,
v.
SAFEWAY STORES, INC., Third-party-defendant-Appellee.
 Nos. 93-16521, 93-16601.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Nov. 15, 1994.
Decided April 21, 1995.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION